### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIYLAH BURNS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 2:23-cv-05090-JS |
| v. | : | |
| | : | |
| BLAKELY COOPER, ERIE INSURANCE EXCHANGE a/k/a ERIE INSURANCE COMPANY | : | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| | : | |
| Defendants, and | : | |
| | : | |
| PFIZER INC. | : | |
| | : | |
| Garnishee. | | |

**THIS MATTER**, being presented to the Court on the Motion of Timothy M. McCarthy, a principal with the firm of Jackson Lewis P.C., and attorney of record in the above-captioned case for Garnishee Pfizer Inc. ("Garnishee"), for an Order permitting the participation of Carla D. Macaluso, a principal with the firm of Jackson Lewis P.C., *pro hac vice*, as counsel in the above-captioned case, and the Court having read and considered the Affidavits of Timothy M. McCarthy and Carla D. Macaluso, and for good cause shown,

**IT IS** this __8th__ day of __February__, 2024,

**ORDERED** that Carla D. Macaluso be and hereby is permitted to appear and participate, *pro hac vice,* as counsel in the above-captioned case for all purposes on behalf of Garnishee, with Timothy M. McCarthy as counsel of record for Garnishee.

                                                 /s/ Juan R. Sánchez
                                                 Hon. Juan R. Sanchez, Chief Judge