IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIYLAH BURNS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-5090 |
| | : | |
| BLAKELY COOPER, et. al. | : | |

# **ORDER**

AND NOW, this 13th day of June, 2024, upon consideration of Garnishee Pfizer Inc.'s Motion to Dismiss Plaintiff's Garnishment Action (ECF No. 9) and Burns' response in opposition, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED and Burns' Garnishment Action against Pfizer is DISMISSED with prejudice. Pfizer is granted leave to file a motion for attorneys' fees on or before July 15, 2024.

It is FURTHER ORDERED the Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.